Mansfield Gordon, Respondent, v. St. Joseph & St. Louis Railway Company, Appellant.

**Kansas City Court of Appeals, December 2, 1889.**

**Railroads : fencing.**  The judgment in this case is affirmed on the authority of *Shotwell v. St. Joseph and St. Louis Railway Company, ante,* p. 653.

*Appeal from the Ray Circuit Court.*—Hon. James M. Sandusky, Judge.

Affirmed.

Dugan v. Scott.

BRIEFS, the same as in *Shotwell v. Railway Co.*, *ante*, p. 653.

SMITH, P. J.—The essential facts in this case are the same as those in the case of *John W. Shotwell et al. v. St. Joseph and St. Louis Railway Company*, and the reasons stated in that case why the judgment should be affirmed are applicable, and must control the disposition of the appeal in this case. Judgment of the circuit court will be affirmed. All concur.